[2003-09-22 8:00]

**Regulatory authorities approves Trelleborgs acquisition of Smiths precision seal business**

The Trelleborg Group has now received approvals from those regulatory authorities necessary to complete the acquisition of Smiths precision seal business, including the regulatory authorities of EU and US. The acquisition is, as earlier communicated, expected to be completed by end of September.

PSS has annual sales of approximately SEK 5.5 billion and some 6,000 employees, mainly in Europe and North America. Following the acquisition, the annual sales of the Trelleborg Group are expected to total SEK 22,5 billion, with approximately 21,000 employees in some 40 countries.

PSS develops, manufactures and markets security-critical polymer-based precision seals and systems. PSS operates primarily within four market segments: industrial applications (Busak+Shamban), the automotive industry (Dowty Auto), the aerospace industry (Shamban) and pipe seals (Forsheda). PSS is among the three market leaders in Europe or the US in all four of these segments and holds a leading position in the industrial segment in Europe.

**For further information, please contact:** Mikael Byström, Senior Vice President, Corporate Communications at Trelleborg AB, phone +46 410 670 37, +46 708-552169 or Vice President, Corporate Communications Viktoria Bergman, phone +46 410-670 94, +46 708-47 57 33.

*Trelleborg is a global industrial group. Operations are based on spearhead competence within polymer materials and a high level of industrial know-how, combined with functional solutions and systems designed to meet the needs of our customers. The Trelleborg Group has annual sales of approximately SEK 17 billion, with about 15,000 employees in 40 countries. Trelleborg consists of four business areas: Trelleborg Automotive, Trelleborg Wheel Systems, Trelleborg Engineered Systems and Trelleborg Building Systems. The Trelleborg share has been quoted on the A list of Stockholmsbörsen since 1964.*
*www.trelleborg.com*

---

This information was brought to you by Waymaker http://www.waymaker.net

The following files are available for download:

 

**5**



DAC #17

PTO/SB/66 (06-03)
Approved for use through 05/31/2006. OMB 0651-0016
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PETITION TO ACCEPT UNINTENTIONALLY DELAYED PAYMENT OF MAINTENANCE FEE IN AN EXPIRED PATENT (37 CFR 1.378(c)) | Docket Number (Optional) 003301-085 |

Mail to: Mail Stop Petition
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450
Fax: (703) 308-6916

**RECEIVED**
SEP 2 9 2003
OFFICE OF PETITIONS

NOTE: If information or assistance is needed in completing this form, please contact Petitions Information at (703) 305-9282.

Patent No. __4,934,716__    Application Number __854,671__

Issue Date __June 19, 1990__    Filing Date __April 18, 1986__

CAUTION: Maintenance fee (and surcharge, if any) payment must correctly identify: (1) the patent number (or reissue patent number, if a reissue) and (2) the application number of the actual U.S. application (or reissue application) leading to issuance of that patent to ensure the fee(s) is/are associated with the correct patent. 37 CFR 1.366(c) and (d).

Also complete the following information, if applicable

The above - identified patent:

☐ is a reissue of original Patent No. _____, original issue date _____;
original application number _____;
original filing date _____

☐ resulted from the entry into the U.S. under 35 U.S.C. 371 of international application _____ filed on _____

CERTIFICATE OF MAILING (37 CFR 1.8(a))

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to Mail Stop Petition, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

Date                                    Signature

_____
Typed or printed name of person signing Certificate

[Page 1 of 3]

This collection of information is required by 37 CFR 1.378(c). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop Petition, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PTO/SB/66 (06-03)
Approved for use through 05/31/2006. OMB 0651-0016
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

1. SMALL ENTITY

    ☐ Patentee claims, or has previously claimed, small entity status. See 37 CFR 1.27.

2. LOSS OF ENTITLEMENT TO SMALL ENTITY STATUS

    ☐ Patentee is no longer entitled to small entity status. See 37 CFR 1.27(g).

3. MAINTENANCE FEE (37 CFR 1.20(e)-(g))

    The appropriate maintenance fee must be submitted with this petition, unless it was paid earlier.

    | NOT Small Entity | | | Small Entity | | |
    |---|---|---|---|---|---|
    | Amount | Fee | (Code) | Amount | Fee | (Code) |
    | ☐ $_____ | 3 1/2 yr fee | (1551) | ☐ $_____ | 3 1/2 yr fee | (2551) |
    | ☐ $_____ | 7 1/2 yr fee | (1552) | ☐ $_____ | 7 1/2 yr fee | (2552) |
    | ☒ $ 3,150.00 | 11 1/2 yr fee | (1553) | ☐ $_____ | 11 1/2 yr fee | (2553) |

    MAINTENANCE FEE BEING SUBMITTED $_____

4. SURCHARGE

    The surcharge required by 37 CFR 1.20(i)(2) of $ 1,640.00 (Fee Code 1558) must be paid as a condition of accepting unintentionally delayed payment of the maintenance fee.

    SURCHARGE BEING SUBMITTED $_____

5. MANNER OF PAYMENT

    ☒ Enclosed is a check for the sum of $ 4,790.00 .

    ☐ Please charge Deposit Account No._____ the sum of $_____. A duplicate copy of this authorization is attached.

    ☐ Payment by credit card. Form PTO-2038 is attached.

6. AUTHORIZATION TO CHARGE ANY FEE DEFICIENCY

    ☒ The Director is hereby authorized to charge any maintenance fee, surcharge or petition deficiency to Deposit Account No. 02-4800 . A duplicate copy of this authorization is attached.

PTO/SB/66 (06-03)
Approved for use through 06/31/2006. OMB 0651-0016
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

7. OVERPAYMENT

As to any overpayment made please

OR
[X] Credit to Deposit Account No. 02-4800

[ ] Send refund check.

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

8. STATEMENT

The delay in payment of the maintenance fee to this patent was unintentional.

9. PETITIONER(S) REQUEST THAT THE DELAYED PAYMENT OF THE MAINTENANCE FEE BE ACCEPTED AND THE PATENT REINSTATED.

September 26, 2003
Date

*[signature]*
Signature(s) of Petitioner(s)

703-838-6602
Telephone Number

Benton S. Duffett, Jr.
Typed or printed name(s)

22,030
Registration Number, if applicable

P.O. Box 1404
Address

Alexandria, VA   22313-1404
Address

37 CFR 1.378(d) states: "Any petition under this section must be signed by an attorney or agent registered to practice before the Patent and Trademark Office, or by the patentee, the assignee, or other party in interest."

ENCLOSURES:

[X] Maintenance Fee payment        ($3,150.00)

[X] Surcharge under 37 CFR 1.20(i)(2) (fee for filing the maintenance fee petition)        ($1,640.00)

[ ] _____

[Page 3 of 3]

**6**



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450
www.uspto.gov

BENTON S. DUFFETT, JR.
P.O. BOX 1404
ALEXANDRIA, VA 22313-1404

Paper No. 18

**COPY MAILED**

OCT 2 4 2003

**OFFICE OF PETITIONS**

In re Patent No. 4,934,716
Issue Date: June 19, 1990
Application No. 06/854,671
Filed: April 18, 1986
Patentee(s) Olof Nordin et al

ON PETITION

This is a decision on the petition under 37 CFR 1.378(c), filed September 26, 2003, to accept the delayed payment of a maintenance fee for the above-identified patent.

The petition is **GRANTED**.

The maintenance fee is hereby accepted and the above-identified patent is reinstated as of the mail date of this decision.

If it is not apparent whether the person signing the statement of unintentional delay was in a position to have firsthand or direct knowledge of the facts and circumstances of the delay at issue. Nevertheless, such statement is being treated as having been made as the result of a reasonable inquiry into the facts and circumstances of such delay. In the event that such an inquiry has been made, petitioner must make such an inquiry. If such inquiry results in the discovery that the delay in paying the maintenance fee under 37 CFR 1.378(c) was intentional, petitioner must notify the Office.

Petitioner will not receive future correspondence related to maintenance fees for the above-identified patent unless a "fee address" (see PTO/SB/47) is submitted for the above-identified patent.

Telephone inquiries concerning this decision should be directed to Irvin Dingle at (703) 306-5684.

The patent file is being forwarded to Files Repository.

Irvin Dingle
Petitions Examiner
Office of Petitions
Office of the Deputy Commissioner
 for Patent Examination Policy