**7**

# TRELLEBORG

Press-Seal Gasket Corporation
Managing Director
6932 Gettysburg Pike
Fort Wayne, IN 46804
U.S.A.

17 December 2003

Our Ref: 2003535/PB

Your Ref:



Sent by facsimile +46 410 175 89 – Confirmation by mail
Number of pages: 8 including this one

Re:  Self-lubricated gasket TecSeal™ - US Patent 4,934,716

Dear Sir:

I am the Group Intellectual Counsel for Trelleborg AB.  Trelleborg AB is the parent company of
Forsheda AB (formerly Forsheda Gummifabrik AB).  Forsheda AB holds the captioned patent, a
copy of which is enclosed.

You are presently marketing self-lubricating gaskets under the name TecSeal™
(http://www.press-seal.com/Joint_Sealing_Products/TecSeal.htm).

The gaskets you are marketing fall within the scope of the claims of US Patent 4,934,716 and as
such, your products constitute an infringement on said patent.
The Trelleborg Group aggressively protects its valuable intellectual property rights and will not
accept any misuse or misappropriation of those rights.

Accordingly, we require that you immediately cease and desist from the continued unauthorized
use of the present patent.

While our present desire is to address this matter in an amicable manner be advised that your
immediate action is required.  As such, please send your statement to us as soon as possible, but in
any event no later than three weeks from receipt of this letter to address the present problem.

Sincerely,

Per Bjerndell
Group Intellectual Property Counsel

cc:        Bernard Grégoire, Hamilton Kent
           Mike Kallaway
           Ulf Gradén
           Adam Bloomenstein

Trelleborg AB (publ), Legal Department, P.O. Box 153, SE-231 22 Trelleborg, Sweden. Street address: Henry Dunkers gata 2.
Phone: +46-410-670 00. Fax: +46-410-175 89
Registered No: 556006-3421.

BR-00090-01

8



**TRELLEBORG**

Ramsource
Managing Director
2525 Fairway Park, Suite 508
Houston, Texas 77092
U.S.A.

19 December 2003

Our Ref: 2003535/PB

Your Ref:

Sent by facsimile +46 410 175 89 – Confirmation by mail
Number of pages: 8 including this one

Re: Self-lubricated gasket TecSeal™ - US Patent 4,934,716

Dear Sir:

I am the Group Intellectual Counsel for Trelleborg AB. Trelleborg AB is the parent company of Forsheda AB (formerly Forsheda Gummifabrik AB). Forsheda AB holds the captioned patent, a copy of which is enclosed.

We have been informed that you presently sell and/or offer to sell self-lubricating gaskets under the name TecSeal™ (produced by the Press-Seal Gasket Corporation and described at http://www.press-seal.com/Joint_Sealing_Products/TecSeal.htm).

Said gaskets fall within the scope of the claims of US Patent 4,934,716 and as such, they constitute an infringement on said patent.
The Trelleborg Group aggressively protects its valuable intellectual property rights and will not accept any misuse or misappropriation of those rights.

Accordingly, we require that you immediately cease and desist from the continued unauthorized use of the present patent.

While our present desire is to address this matter in an amicable manner be advised that your immediate action is required. As such, please send your statement to us as soon as possible, but in any event no later than three weeks from receipt of this letter to address the present problem.

Sincerely,

Per Bjerndell
Group Intellectual Property Counsel

cc:     Bernard Grégoire, Hamilton Kent
        Mike Kallaway
        Ulf Gradén
        Adam Bloomenstein

Trelleborg AB (publ), Legal Department, P.O. Box 153, SE-231 22 Trelleborg, Sweden. Street address Henry Dunkers gata 2.
Phone: +46-410-670 00, Fax: +46-410-173 89
Registered No: 556006-3421.

**9**



# ₸RELLEBORG

J-K Polysource, Inc.
Managing Director
1241 East Glendale
Sparks, Nevada 89431
U.S.A.

19 December 2003

Our Ref: 2003535/PB

Your Ref:

Sent by facsimile +46 410 175 89 – Confirmation by mail
Number of pages: 8 including this one

Re:  Self-lubricated gasket TecSeal™ - US Patent 4.934.716

Dear Sir:

I am the Group Intellectual Counsel for Trelleborg AB.  Trelleborg AB is the parent company of
Forsheda AB (formerly Forsheda Gummifabrik AB).  Forsheda AB holds the captioned patent, a
copy of which is enclosed.

We have been informed that you presently sell and/or offer to sell self-lubricating gaskets under
the name TecSeal™ (produced by the Press-Seal Gasket Corporation and described at
http://www.press-seal.com/Joint_Sealing_Products/TecSeal.htm).

Said gaskets fall within the scope of the claims of US Patent 4,934,716 and as such, they consti-
tute an infringement on said patent.
The Trelleborg Group aggressively protects its valuable intellectual property rights and will not
accept any misuse or misappropriation of those rights.

Accordingly, we require that you immediately cease and desist from the continued unauthorized
use of the present patent.

While our present desire is to address this matter in an amicable manner be advised that your
immediate action is required.  As such, please send your statement to us as soon as possible, but in
any event no later than three weeks from receipt of this letter to address the present problem.

Sincerely,

Per Bjerndell
Group Intellectual Property Counsel

cc:      Bernard Grégoire, Hamilton Kent
         Mike Kallaway
         Ulf Gradén
         Adam Bloomenstein

Trelleborg AB (publ), Legal Department, P.O. Box 153, SE-231 22 Trelleborg, Sweden. Street address: Henry Dunkers gata 2.
Phone: +46-410-670 00, Fax: +46-410-175 89
Registered No: 556006-3421.